# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,        )

                               )     **PRETRIAL STATUS CONFERENCE**

             Plaintiff,       )

                               )

   vs.                     )

                               )     Case No. 1:24-cr-00210

Robert Manuel Martell,       )

                               )

            Defendant.     )

---

The undersigned shall hold a pretrial status conference with counsel by telephone on February 25, 2025, at 2:30PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously.

      **IT IS SO ORDERED.**

      Dated this 14th day of January, 2025.

                               */s/ Clare R. Hochhalter*
                                Clare R. Hochhalter, Magistrate Judge
                                United States District Court